**SHER TREMONTE LLP**

February 18, 2026

**BY ECF**
Honorable José R. Almonte
U.S. Magistrate Judge
District of New Jersey
50 Walnut Street
Newark, NJ 07102

      Re:    *United States v. Tomaskaan Jimenez-Guzel*, Mag. No. 25-11260

Dear Judge Almonte,

      We write to respectfully request that the Court endorse the attached medical order (Ex. A) directed to Essex County Correctional Facility ("Essex"). The Government does not object to the relief sought by the order.[1]

      As set forth in the defense's bail application (ECF No. 17) and corroborated in the attached medical records, Mr. Jimenez-Guzel has suffered a series of traumatic brain injuries. *See* Ex. B (June 2025 Neurological Consult Record) (filed under seal); Ex. C (Essex Medical Records) (filed under seal). He suffers from chronic headaches, symptoms of which include pain, significant light and noise sensitivity, neck stiffness, vertigo and tinnitus. Ex. B at 3. He was receiving treatment in the community for migraines prior to his arrest, but his neurologist had not yet determined the best course of treatment. *See* Ex. B at 4 (testing new treatment after prior trial medication was ineffective and noting follow up in three months).

      Since being detained at Essex on November 5, 2025, his headaches have persisted and worsened due to lack of treatment and the conditions of confinement. He has requested medical attention for his migraines over a dozen times, sometimes being seen days or weeks after requests are made, and sometimes not at all. He has not been seen by a neurologist since arriving at Essex.

      Initially, medical staff at Essex prescribed Mr. Jimenez-Guzel 600 MG ibuprofen, but his symptoms persisted. *See* Ex. C at 10. In response to two months of complaints that he is experiencing persistent and severe migraines and that the treatment prescribed was ineffective, on December 30, 2025, Essex's Medical Department prescribed him metoprolol (*id.* at 4)—a beta blocker that is sometimes used to treat migraines, but frequently carries with it side effects of fatigue and depression. *See, e.g.,* https://biologyinsights.com/why-does-metoprolol-cause-tiredness/. When Mr. Jimenez-Guzel took the metoprolol, he felt low and exhausted, despite sleeping long hours. Research

---

[1] Based on discussions with the Government, it is our understanding that the Government does not take a position on any of the additional representations made herein.

Hon. José R. Almonte
February 18, 2026
Page 2 of 2

has also indicated that beta-blockers such as metoprolol may worsen memory impairment for those who already have some cognitive impairment. *See* Gliebus G, Lippa CF, "The influence of beta-blockers on delayed memory function in people with cognitive impairment." *Am J Alzheimers Dis Other Demen*. 2007 Feb-Mar; 22(1):57-61. doi: 10.1177/1533317506295889. PMID: 17534003; PMCID: PMC10697206.

      Given Mr. Jimenez-Guzel's young age, pre-existing susceptibility to anxiety and depression (*see* Ex. B at 5, 28, 32-33), pre-existing memory loss and cognitive impairment (*see* Ex. B at 3, 28-29), and the likelihood that he will be in a custodial setting for the foreseeable future, a neurological assessment is warranted to determine a medication regimen that can be sustained while he is in custody, as well as any modifications to his conditions that may be feasible (such as permitting him to wear transitional lenses to block some of the light).

      Thank you for your consideration of this request. If the attached draft Order meets with the Court's approval, we respectfully request that the Court endorse it so that we may provide it to Essex.

Respectfully Submitted,

/s/

Deirdre D. von Dornum
Alexandra Conlon
Krista Staropoli

*Attorneys for Tomaskaan Jimenez-Guzel*

cc: Counsel of Record (by ECF)