# EXHIBIT A

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>TOMASKAAN JIMENEZ-GUZEL,<br><br>     Defendant. | Mag. No. 25-11260<br><br>**MEDICAL ORDER** |

   IT IS HEREBY ORDERED that defendant Tomaskaan Jimenez-Guzel must be seen by a neurologist for a migraine evaluation within 21 days of this order.

   IT IS FURTHER ORDERED that within 7 days of the migraine evaluation, the medical records of that evaluation shall be provided to defense counsel.


Dated: February ___, 2026        _____
    Newark, NJ             Hon. José R. Almonte