# EXHIBIT B

# June 2025 Neurological Consult

# (FILED UNDER SEAL)