# EXHIBIT C

# Essex Medical Records (Oct. 2025-Jan. 2026)

# (FILED UNDER SEAL)